**The below described is SIGNED.**

**Dated: September 26, 2013**



R. KIMBALL MOSIER
U.S. Bankruptcy Judge



---

Kevin R. Anderson (4786)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Sarah L. Olson (14006)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### NORTHERN DIVISION

| In re:             | Case No. 13-20924 |
|--------------------|-------------------|
| SHANE HODGES       | Chapter 13        |
| Debtor.            | Hon. Kimball Mosier |

### ORDER DISMISSING CASE FOLLOWING CONFIRMATION HEARING

At the confirmation hearing held on *09/12/13 at 11:00 AM*, Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record.  Having heard the matter, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

1. The case is dismissed.

2. Richard Waters shall receive $400.00 per month for adequate protection payments.

3. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) any allowed expense fee to the

Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the amount of $2,500.00, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. 1326(a)(2), by a check made payable to the Debtor and mailed to the Debtor's most recent address on file with the Bankruptcy Court.

**END OF DOCUMENT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2013, a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following and deposited in the U.S. Mail, first-class postage prepaid.

> E. KENT WINWARD
> ECF NOTIFICATION
>
> SHANE HODGES
> 1503 SOUTH TALON DRIVE
> LOGAN, UT 84321
>
> STEVEN R. BAILEY
> RICHARD WATERS
> ECF NOTIFICATION

> /s/
> Office Chapter 13 Trustee

## COURT CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following and deposited in the U.S. Mail, first-class postage prepaid, on the ____ day of September 2013:

        KEVIN R. ANDERSON
        CHAPTER 13 TRUSTEE,
        ECF NOTIFICATION

        E. KENT WINWARD
        ECF NOTIFICATION

        SHANE HODGES
        1503 SOUTH TALON DRIVE
        LOGAN, UT 84321

        STEVEN R. BAILEY
        RICHARD WATERS
        ECF NOTIFICATION